IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CEDAR SHORES CONDOMINIUM ) <br> COUNCIL for itself and on behalf of ) <br> The Association of Owners of the Cedar ) <br> Shores Condominium, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MIDDLESEX MUTUAL ASSURANCE ) <br> COMPANY, MIDDLE OAK MUTUAL, ) <br> ATLANTIC, SMITH, CROPPER & ) <br> DEELEY, LLC and EAGLE ) <br> ADJUSTING SERVICES, INC., ) <br> ) <br> Defendants. ) | | C.A. No.: 08-032 SLR |

## MOTION TO DISMISS

**NOW COMES**, Defendant Eagle Adjusting Services, Inc. (hereinafter "Defendant Eagle Adjusting Services"), by and through its undersigned counsel, and hereby respectfully requests the dismissal of this matter. In support thereof, Defendant Eagle Adjusting Services sets forth as follows:

1. On November 30, 2007, the state court action captioned *Cedar Shores Condominium Council for itself and on behalf of the Association of Owners of the Cedar Shores Condominium, v. Middlesex Mutual Assurance Company, Middle Oak Mutual, Atlantic, Smith, Cropper & Deeley, LLC and Eagle Adjusting Services, Inc.*, C.A. No. 07C-11-047 THG, was filed in the Delaware Superior Court, in and for Sussex County (the "State Court Action").

2. On January 15, 2008, Defendant Eagle Adjusting Services filed a Notice of Removal seeking to remove the State Court Action from Superior Court to this Court.

3. On February 5, 2008, a Notice of Dismissal of the State Court Action was filed in Superior Court. A copy of Plaintiff's Notice of Dismissal in the State Court Action is attached hereto as Exhibit "A".

4. Defendant Eagle Adjusting Services now seeks to dismiss this action as the underlying State Court Action, and the litigation in general, has been resolved among the parties.

WHEREFORE, Defendant Eagle Adjusting Services, Inc. respectfully requests that the Court grant the above-captioned Motion to Dismiss.

                                      **MARGOLIS EDELSTEIN**

                                      */s/ Sally E. Sobczyk*
                                      Herbert W. Mondros, Esquire (DE #3308)
                                      Sally E. Sobczyk, Esquire (DE #4762)
                                      750 South Madison Street, Suite 102
                                      Wilmington, DE 19801
                                      (302) 888-1112
                                      (302) 888-1119 (f)
                                      ssobczyk@margolisedelstein.com
                                      Attorneys for Defendant, Eagle Adjusting Services, Inc.

Dated: March 25, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CEDAR SHORES CONDOMINIUM COUNCIL** for itself and on behalf of The Association of Owners of the Cedar Shores Condominium, | ) ) ) ) ) | C.A. No.: 08-032 SLR |
| **Plaintiff,** | ) ) | |
| v. | ) ) | |
| **MIDDLESEX MUTUAL ASSURANCE COMPANY, MIDDLE OAK MUTUAL, ATLANTIC, SMITH, CROPPER & DEELEY, LLC** and **EAGLE ADJUSTING SERVICES, INC.,** | ) ) ) ) ) ) | |
| **Defendants.** | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that the attached Motion to Dismiss will be considered at the convenience of this Honorable Court.

MARGOLIS EDELSTEIN

  /s/ Sally E. Sobczyk
Herbert W. Mondros, Esquire (DE #3308)
Sally E. Sobczyk, Esquire (DE #4762)
750 South Madison Street, Suite 102
Wilmington, DE  19801
(302) 888-1112
(302) 888-1119 (f)
ssobczyk@margolisedelstein.com
Attorneys for Defendant, Eagle Adjusting Services, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CEDAR SHORES CONDOMINIUM COUNCIL for itself and on behalf of The Association of Owners of the Cedar Shores Condominium,<br><br>Plaintiff,<br><br>v.<br><br>MIDDLESEX MUTUAL ASSURANCE COMPANY, MIDDLE OAK MUTUAL, ATLANTIC, SMITH, CROPPER & DEELEY, LLC and EAGLE ADJUSTING SERVICES, INC.,<br><br>Defendants. | C.A. No.: 08-032 SLR |

## ORDER

Upon consideration of Defendant Eagle Adjusting Services, Inc.'s Motion to Dismiss, and all supporting papers filed therewith:

IT IS HEREBY ORDERED, this \_\_\_\_ day of _____, 2008, that Defendant Eagle Adjusting Services, Inc.'s Motion to Dismiss is granted and each party shall bear their own costs.

_____
The Honorable Sue L. Robinson
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CEDAR SHORES CONDOMINIUM COUNCIL for itself and on behalf of The Association of Owners of the Cedar Shores Condominium,<br><br>    Plaintiff,<br><br>    v.<br><br>MIDDLESEX MUTUAL ASSURANCE COMPANY, MIDDLE OAK MUTUAL, ATLANTIC, SMITH, CROPPER & DEELEY, LLC and EAGLE ADJUSTING SERVICES, INC.,<br><br>    Defendants. | )<br>)<br>)   C.A. No.: 08-032 SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATE OF SERVICE**

    I, Sally E. Sobczyk, Esquire hereby certify that on this 25th day of March, 2008, a true and correct copy of the foregoing Motion to Dismiss was served via First Class, U.S. mail, postage pre-paid, on the following counsel of record:

    John A. Sergovic, Jr., Esquire
    Sergovic & Ellis, P.A.
    9 North Front Street
    P.O. Box 875
    Georgetown, DE 19947

    **MARGOLIS EDELSTEIN**

    */s/ Sally E. Sobczyk*
    Herbert W. Mondros, Esquire (DE #3308)
    Sally E. Sobczyk, Esquire (DE #4762)
    750 South Madison Street, Suite 102
    Wilmington, DE 19801
    (302) 888-1112
    (302) 888-1119 (f)
    ssobczyk@margolisedelstein.com
    Attorneys for Defendant, Eagle Adjusting Services, Inc.