

**MARGOLIS EDELSTEIN**

ATTORNEYS AT LAW
www.margolisedelstein.com

**DELAWARE OFFICE:**
750 SOUTH MADISON STREET
SUITE 102
WILMINGTON, DE 19801
302-888-1112
FAX 302-888-1119

PHILADELPHIA OFFICE:*
THE CURTIS CENTER, 4TH FLOOR
601 WALNUT STREET
INDEPENDENCE SQUARE WEST
PHILADELPHIA, PA 19106-3304
215-922-1100
FAX 215-922-1772

HARRISBURG OFFICE:*
3510 TRINDLE ROAD
CAMP HILL, PA 17011
717-975-8114
FAX 717-975-8124

PITTSBURGH OFFICE:
525 WILLIAM PENN PLACE
SUITE 3300
PITTSBURGH, PA 15219
412-281-4256
FAX 412-642-2380

SCRANTON OFFICE:
220 PENN AVENUE
SUITE 305
SCRANTON, PA 18503
570-342-4231
FAX 570-342-4841

CENTRAL PENNSYLVANIA OFFICE:
ALLEGHENY PROFESSIONAL CENTER
SUITE 303
1798 OLD ROUTE 220 NORTH
P.O. BOX 628
HOLLIDAYSBURG, PA 16648
814-695-5064
FAX 814-695-5066

SOUTH NEW JERSEY OFFICE:*
SENTRY OFFICE PLAZA
216 HADDON AVENUE, 2ND FLOOR
P.O. BOX 92222
WESTMONT, NJ 08108
856-858-7200
FAX 856-858-1017

NORTH NEW JERSEY OFFICE:
CONNELL CORPORATE CENTER
THREE HUNDRED CONNELL DRIVE
SUITE 6200
BERKELEY HEIGHTS, NJ 07922
908-790-1401
FAX 908-790-1486

* MEMBER OF THE HARMONIE GROUP

Sally E. Sobczyk, Esquire
ssobczyk@margolisedelstein.com

44000.6-00002

March 25, 2008

The Honorable Sue L. Robinson
U.S. District Court for the District of Delaware
844 North King Street, Room 6124
Wilmington, DE 19801

      RE:    *Cedar Shores Condominium Council v. Middlesex Mutual Assurance Co., et al*;
            C.A. No. 03-032 (SLR)
            -------------------------------------------------------

Your Honor:

      The parties have resolved the above-noted matter and it will not be necessary to conduct the telephonic scheduling conference on Friday, April 4, 2008 at 9:00 a.m. A motion to dismiss this action was electronically filed with the Court on March 25, 2008. A courtesy copy is enclosed herewith. We have discussed this matter with counsel for Plaintiff Cedar Shores Condominium Council and they do not object to the motion to dismiss.

      Thank you for your time and kind consideration. Counsel is available at the convenience of the Court should you so require.

                            Respectfully submitted,

                            */s/ Sally E. Sobczyk*

                            Sally E. Sobczyk (DE Id. 4762)

Enclosure

cc:    Clerk of the Court (by e-file)
       John A. Sergovic, Esquire (w/ enclosure)